UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 17-8483-MWF-JEMx**                      Date:  **January 29, 2018**
Title:    Gghard Hakopian -v- Avitus Inc. et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

|   Rita Sanchez   |   None Present   |
|   Courtroom Deputy   |   Court Reporter   |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                        None Present

PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE

On November 21, 2017, Defendant Avitus Inc. removed this wage and hour action to federal court. (*See* Notice of Removal (Docket No. 1)). The other named defendant, Magic Laundry Services, Inc. had not yet been served with the Complaint in state court, and therefore did not join in the Notice of Removal. (*Id.* ¶ 6).

On January 25, 2018, Plaintiff Gghard Hakopian and Avitus filed a Stipulation to dismiss Avitus, which the Court granted. (*See* Docket Nos. 14, 15). However, no stipulation has been filed with respect to Magic Laundry Services. According to the docket, Magic Laundry Services has not been served yet in this case.

Accordingly, the Court orders Plaintiff to show cause no later than **February 12, 2018** why this case should not be dismissed against Magic Laundry Services for failure to prosecute. The Order to Show cause may be discharged by the filing of proofs of service demonstrating Magic Laundry Services was properly served with the Summons and Complaint, or by Magic Laundry Services' response to the Complaint.

IT IS SO ORDERED.